I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (~~OR PARTIES~~) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6.19.12

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 19 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE SOLORZANO,<br><br>  Petitioner,<br><br>vs.<br><br>BOBBY PHILLIPS, Warden,<br><br>  Respondent. | ) Case No. EDCV 12-0585-ODW (JPR)<br>)<br>)<br>) **J U D G M E N T**<br>)<br>)<br>)<br>)<br>) |

  In accordance with the Order Summarily Dismissing Habeas Petition,

  IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: June 18, 2012

               _____
               OTIS D. WRIGHT
               U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 19 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY