I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR ~~PARTIES~~) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6.19.12

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 19 2012

CENTRAL DISTRICT OF CALIFORNIA
BY　　　　　DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE SOLORZANO, ) | Case No. EDCV 12-0585-ODW (JPR) |
| Petitioner, ) | |
| vs. ) | **JUDGMENT** |
| BOBBY PHILLIPS, Warden, ) | |
| Respondent. ) | |

In accordance with the Order Summarily Dismissing Habeas Petition,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: June 18, 2012

_____
OTIS D. WRIGHT
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 19 2012

CENTRAL DISTRICT OF CALIFORNIA
BY　　　　　DEPUTY